DAVID M. GILMORE, #105429
dgilmore@gmlegal.net
GILMORE MAGNESS LEIFER
P.O. Box 28907
Fresno, CA 93729-8907
Telephone: (559) 448-9800
Facsimile: (559) 448-9899

Attorneys for Sierra Valley Almonds LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SIERRA VALLEY ALMONDS LLC, | CASE NO. |
| Plaintiff, | COMPLAINT FOR DAMAGES |
| v. | |
| R&J ALMONDS, INC., a Michigan corporation, dba JONNY ALMOND NUT COMPANY, | |
| Defendant. | |

1. Plaintiff Sierra Valley Almonds LLC is a California limited liability company with its principal place of business in Madera County California.

2. Defendant R&J Almonds Inc. is a Michigan corporation with its principal place of business in Flint Michigan. Plaintiff is informed and believes and thereon alleges that Defendant R&J Almonds Inc. does business as Jonny Almond Nut Company.

**JURISDICTION**

3. Jurisdiction of this matter is proper in the Court under 28 U.S.C. §1332 in that the parties are of diverse citizenship and the amount in controversy is in excess of $75,000.

## VENUE

4. Venue is proper in this District under 28 U.S.C. §1391(b)(2) in that a substantial part of the events that gave rise to the claim occurred in this District.

## JURY TRIAL WAIVER

5. Plaintiff waives any right to trial by jury.

## FIRST CLAIM

(Breach of Written Contract)

6. On or about January 11, 2016, Plaintiff entered into a written contract, entitled "Sales Contract" with Defendant R&J Almonds, Inc. pursuant to which Plaintiff sold to Defendant 42,000 pounds of Almond Kernels of US Select Sheller Run 34/36 AOL Pasteurized Product. The total purchase price for the almonds was $134,400. Under the terms of the Sales Contract payment was due Net 30 days. A true and correct copy of the Sales Contract is attached hereto as Exhibit 1.

7. Plaintiff shipped the product to Defendant per the terms of the contract on or about January 29, 2016. Defendant received the product.

8. Plaintiff has performed all of its obligations under the terms of the Sales Contract.

9. On or about June 8, 2016, Plaintiff received a partial payment of $15,000 without explanation. That partial payment was well past the due date for the entire balance due. Defendant is in breach of the Sales Contract in that it has failed and refused and continues to fail and refuse to pay in full for the product that has been delivered to it.

10. As a result of the breach of the Sales Contract, Plaintiff has been damaged in an amount not less than $119,400 plus interest on $134,400 from February 28, 2016 to June 8, 2016, and thereafter interest on $119,400 at the legal rate from and after January 29, 2016 to date of payment which amount will be shown according to proof at trial.

1 | WHEREFORE, Plaintiff prays judgment:
2 | 1. For compensatory damages of $119,400;
3 | 2. For interest thereon at the legal rate;
4 | 3. For costs of suit; and
5 | 4. For such other relief as the Court deems just.
6 | DATED: June 22, 2016         GILMORE MAGNESS LEIFER

By: _____
David M. Gilmore
Attorneys for Sierra Valley Almonds LLC

# EXHIBIT 1

**SIERRA VALLEY Almonds**

# SALES CONTRACT

Date: 1/11/2016     Rev Date: 1/12/2016
No.: 21677

---

We hereby confirm to you the following based on the DFA/SCTC Terms and Conditions for Dried Fruit, Tree Nuts and Kindred Products

**BUYER:**
JONNY ALMOND NUT COMPANY
(R&J ALMONDS INC)
G-4254 FENTON RD
FLINT MI 48507 USA

Fax: 1-718-256-2743

**SELLER:**
Sierra Valley Almonds LLC
850 Commerce Drive
Madera, CA 93637
TEL: (559) 661-8800
FAX: (559) 661-8810

P.O. Number: B16Q0008

| COMMODITY | PACKING | COUNT | QTY | PRICE | TOTAL |
|---|---|---|---|---|---|
| ALMONDS KERNELS CALIFORNIA US SELECT SHELLER RUN 34/36 AOL PASTEURIZED PRODUCT | 50 LB CARTONS | 840 | 42,000 | $3.200 | $134,400.00 |

42,000 Pounds     PRICES ARE IN U.S. DOLLARS:    $134,400.00

**COMMISSION:** 1.0% To: ATLANTIX COMMODITIES    **REF NO.**
**DELIVERY TERMS:** FOB CA
**SHIPMENT:** 1 FOB JAN
**PAYMENT TERMS:** Net 30 days
**CERTIFICATES:** Certificate of Origin    Declaration of Shipment    Fumigation Certificate
Invoice    Packing List    Pallets
Salmonella Certificate    Trucker Bill of Lading    USDA/DFA Submitted
Weight Certificate

**REMARKS:** MAX 10 PC FM/TON. PPO TREATED. TENTATIVE READY DATE JAN 29TH, PICK UP FROM PPO. *BUTTE/PADRE OR FRITZ VARIETY, WILL BE LABELED AS CALIFORNIA*
**SPECIAL NOTE:** In the event of a valid rejection, sellers will provide, and buyers will accept replacement.

A breach or default occurs as to this sales contract by Buyer failing to pay when due or perform any obligation in respect to any obligation to Seller, whether arising from this contract or any other agreement, contract or documents between the parties. Such failure on the part of Buyer, gives Seller, at Sellers option the right to withhold any undelivered portion of this or any other contract(s) and/or to declare this and all other agreements with buyer materially in breach and therefore terminated, without prejudice to such other remedies and rights as Seller.

Buyer options need to be advised 30 days prior to shipment. This includes packing and shipping instructions. All booking ETA's and ETD's are estimates only and can change without notice. All shipment dates on contract are based on truck B/L date and subject to vessel availability. Buyer agrees to hold Seller free of claim for delay or non-delivery if unable to perform on this contract for reason of force majeure including but not limited to fire, strike, damage by the elements, act of God, unavoidable casualty, any government order or state of war.

Please sign and return this contract via facsimile. Failure to do so within 3 days will automatically constitute acceptance of the terms and conditions described above.

*USDA/DFA is final as to quality.*

**BUYER:**
JONNY ALMOND NUT COMPANY

_[signature]_    1/12/16
Date

**SELLER:**
SIERRA VALLEY ALMONDS LLC

_[signature]_    1-12-16
Date

*Please allow 2-3 weeks production time on all unpasteurized natural kernels and inshell prior to shipment from SVA.*
*Please allow 4-6 weeks production time on all blanched or manufactured kernel loads prior to shipment from SVA.*