JENNIFER HARTMAN KING (Bar No. 211313)
ALANNA C. LUNGREN (Bar No. 269668)
KING WILLIAMS LLP
520 Capitol Mall, Suite 750
Sacramento, CA  95814
Telephone:      (916) 379-7530
Facsimile:       (916) 379-7535
JHartmanKing@KingWilliamsLaw.com
ALungren@KingWilliamsLaw.com

Attorneys for Defendant
R&J ALMONDS, INC., a Michigan corporation,
dba JONNY ALMOND NUT COMPANY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SIERRA VALLEY ALMONDS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> R&J ALMONDS, INC., a Michigan corporation, dba JONNY ALMOND NUT COMPANY, <br><br> Defendant. | Case No.:  1:16-CV-00884-LJO-BAM <br><br> **STIPULATION TO STAY PROCEEDINGS PENDING SETTLEMENT;** <br><br> **ORDER** |

00012588.1

1

STIPULATION TO STAY PROCEEDINGS PENDING SETTLEMENT AND ORDER

**STIPULATION**

Plaintiff Sierra Valley Almonds LLC ("Plaintiff"), and Defendant R&J Almonds, Inc., a Michigan corporation, doing business as Jonny Almond Nut Company ("Defendant"), (collectively, "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed the Complaint on June 22, 2016, in the United States District Court, Eastern District of California;

WHEREAS, Plaintiff served Defendant with the Complaint on June 30, 2016;

WHEREAS, the Parties stipulated on July 21, 2016, to extend the time for Defendant to respond to Plaintiff's Complaint to August 18, 2016;

WHEREAS, the Parties are actively involved in settlement negotiations and agree that a stay in the proceedings will allow the Parties sufficient time to resolve this dispute and reach a mutually agreeable settlement of the matter without burdening the Court and the Parties with unnecessary litigation;

WHEREAS, pending the finalization of the Parties' settlement, Plaintiff and Defendant hereby stipulate to stay the current proceedings between them, including staying the deadline for Defendant's response to Plaintiff's Complaint that is due August 18, 2016, and all subsequent deadlines;

WHEREAS, the Parties stipulate that in the event either Party determines that a settlement is not likely or that no progress is being made toward settlement, either Party may elect to terminate the stay and notify the opposing Party that the stay is lifted;

WHEREAS, from the date of notice that the stay is lifted, Defendant shall have twenty (20) days in which to answer or otherwise respond to Plaintiff's Complaint;

NOW THEREFORE, the Parties hereby stipulate to stay all proceedings in the above-captioned action, absent the lifting of the stay as provided herein pending finalization of the Parties' settlement.

IT IS SO STIPULATED.

Dated: August 18, 2016          Respectfully submitted,

                                                KING WILLIAMS LLP


By: /s/ Jennifer Hartman King
      Jennifer Hartman King

Attorneys for Defendant R&J ALMONDS, INC., a Michigan corporation, dba JONNY ALMOND NUT COMPANY

Dated: August 18, 2016          GILMORE MAGNESS LEIFER


By: /s/ David M. Gilmore (as authorized on Aug. 18, 2016)
      David M. Gilmore

Attorneys for Plaintiff SIERRA VALLEY ALMONDS LLC


IT IS SO ORDERED.

    Dated:   **August 19, 2016**          **/s/ Lawrence J. O'Neill**
                                                           UNITED STATES CHIEF DISTRICT JUDGE